|   |   |
|---|---|
| JEFF SLADEK, | Case No. 3:19-cv-00764-MMD-CLB |
| Plaintiff | **ORDER** |
| v. | |
| ROBERSON, *et al.*, | |
| Defendants | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

**I. DISCUSSION**

On January 2, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2). On January 9, 2020, Plaintiff filed a motion for enlargement of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate from the NDOC yet. (ECF No. 4 at 1). The Court now grants Plaintiff's motion for enlargement of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate, or pay the full $400 filing fee on or before **Monday, March 2, 2020**.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for enlargement of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that on or before **Monday, March 2, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: January 10, 2020.

_____
UNITED STATES MAGISTRATE JUDGE