UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEFF SLADEK,

                Plaintiff

v.

ROBERSON, *et al.,*

                Defendants

Case No. 3:19-cv-00764-MMD-CLB

**ORDER**

**I.**    **DISCUSSION**

On December 26, 2019, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1). On January 2, 2020, this Court issued an order denying the application as incomplete and directed Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full filing fee within 30 days from the date of that order. (ECF No. 3). On January 9, 2020, Plaintiff subsequently filed a motion for enlargement of time because he had not yet received his financial certificate or inmate account statement from the NDOC. (ECF No. 4). The Court granted Plaintiff's motion for enlargement of time on January 10, 2020 and ordered Plaintiff to file a fully complete application to proceed *in forma pauperis,* on the correct form with complete financial attachments, no later than March 2, 2020. (ECF No. 5). On March 2, 2020, Plaintiff filed another incomplete application to proceed *in forma pauperis*. (ECF No. 6). <u>Plaintiff's application at ECF No. 6 is still missing a properly executed financial certificate and inmate account statement for the past six months</u>. As such, Plaintiff's application to proceed *in forma pauperis* at ECF No. 6 is denied without prejudice.

Plaintiff will be granted **<u>one final opportunity</u>** to cure the deficiencies of his application to proceed *in forma pauperis* by filing a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including an

1 inmate account statement for the past six months and a properly executed financial
2 certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a
3 civil action within **thirty 30 days** from the date of this order. If Plaintiff fails to file a fully
4 complete application to proceed *in forma pauperis*, on the correct form with complete
5 financial attachments, including an inmate account statement for the past six months and
6 a properly executed financial certificate or pay the full $400 filing fee within thirty (30) days
7 from the date of this order, the Court will dismiss the case in its entirety, without prejudice,
8 to file a new case when Plaintiff is able to acquire the necessary documents to file a
9 complete application to proceed *in forma pauperis*. The Court will retain Plaintiff's civil
10 rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing
11 fee is resolved.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including an inmate account statement for the past six months and a properly executed financial certificate or (2) pay the full $400 fee for filing a civil action,

/ / /

the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

DATED: March 10, 2020.

_____
UNITED STATES MAGISTRATE JUDGE