UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFF SLADEK, | Case No. 3:19-cv-0764-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERSON, *et al.*, | |
| Defendants. | |

Due to the scheduling of the inmate early mediation (IEM) conference, the Court extends the stay until April 16, 2021. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons,

THE COURT **ORDERS** that the stay is extended until April 16, 2021. The Office of the Attorney General will file the report form regarding the results of the stay by that date.

DATED this 23rd of February 2021.

_____
United States Magistrate Judge