1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFF SLADEK,

Plaintiff,

v.

ROBERSON,

Defendants.

Case No. 3:19-cv-00764-MMD-CLB

ORDER

11 **DISCUSSION**

12     This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by

13 an individual who was in the custody of the Nevada Department of Corrections at the

14 time he initiated this case.  At the time Plaintiff initiated this case, Plaintiff submitted an

15 application to proceed *in forma pauperis* for prisoners.  ECF No. 8.  In this Court's

16 December 11, 2020 screening order, the Court deferred a decision on the application to

17 proceed *in forma pauperis.*  ECF No. at 14.  The screening order also imposed a 90-

18 day stay and the Court entered a subsequent order in which the parties were assigned

19 to mediation by a court-appointed mediator.  ECF Nos. 14, 17, 19.  The Office of the

20 Attorney General has filed a status report indicating that settlement has not been

21 reached and informing the Court of its intent to proceed with this action.  ECF No. 23.

22     The Court now directs Plaintiff to file an application to proceed *in forma pauperis*

23 by a non-prisoner within 30 days from the date of this order or pay the full filing fee of

24 $400.  After the Court determines the matter of the payment of the filing fee, the Court

25 will issue an order on the matter of service.

26 **CONCLUSION**

27     For the foregoing reasons,

28     THE COURT **ORDERS** that Plaintiff's application to proceed *in forma pauperis* for

1   prisoners (ECF No. 8) is DENIED as moot.

2           THE COURT FURTHER **ORDERS** that the Clerk of the Court SHALL SEND

3   Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as

4   well as the document entitled information and instructions for filing an *in forma pauperis*

5   application.

6           THE COURT FURTHER **ORDERS** that within **30 days** from the date of this order,

7   Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for

8   non-prisoners; or (2) pay the full filing fee of $400.

9           THE COURT FURTHER **ORDERS** that this action may be dismissed if Plaintiff

10   does not timely comply with this order.

11           THIS COURT SHALL issue a subsequent order regarding the matter of service

12   upon the resolution of the matter of the filing fee.

13

14           DATED THIS 21 April 2021.

15

16                               UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28