UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFF SLADEK,<br><br>                              Plaintiff,<br>v.<br>ROBERSON, *et al.*,<br><br>                              Defendants. | Case No. 3:19-cv-00764-MMD-CLB<br><br>ORDER |

The complaint in this action was filed on December 26, 2019. (ECF No. 1.) The Court issued a notice of intent to dismiss Defendants "Tacit" and "Cloke" pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by October 2, 2021. (ECF No. 47.) That deadline has passed and, to date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Tacit and Cloke are dismissed without prejudice.

DATED THIS 14th Day of October 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE